JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>        Plaintiff,<br><br>   v.<br><br>WINALL STATIONS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; AND DOES 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-08911-JFW-AS<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE [12]**<br><br>Action Filed: September 29, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ed Hull's ("Plaintiff") action against Defendant Winall Stations LLC, ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: December 10, 2020

*John F. Walter*
John F. Walter
United States District Judge